**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1346

ALEXANDER PASTENE,

Plaintiff - Appellant,

versus

BEAUFORT COUNTY SCHOOL DISTRICT; HERMAN
GAITHER; CALVIN WHITE; OTIS SMITH; CARL
SIMMONS; MARK SEIGLE; HERBERT GLAZE; WILLIAM
EVANS; RICHARD MCCLURE; OFFICER HAYES,
Beaufort Police; CITY OF BEAUFORT POLICE
DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Patrick Michael Duffy, District
Judge. (CA-02-3880-9-2-23)

Submitted: August 25, 2004      Decided: September 3, 2004

Before WIDENER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Pastene, Appellant Pro Se. Darra James Coleman, WOODS &
GIVENS, L.L.P., Lexington, South Carolina, Mary Bass Lohr, HOWELL,
GIBSON & HUGHES, P.A., Beaufort, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alexander Pastene appeals the district court's order adopting in part the magistrate judge's recommendation and granting summary judgment to Defendants in Pastene's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pastene v. Beaufort County Sch. Dist., No. CA-02-3880-9-2-23 (D.S.C. Jan. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED